**Electronically Filed
Intermediate Court of Appeals
30534
26-JAN-2011
01:38 PM**

NO. 30534

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


PRESCOTT G. GANABAN, Claimant-Appellee/Appellant,
v.
QUALITY GENERAL, INC., Employer-Appellant/Appellee
and
SEABRIGHT INSURANCE COMPANY, Insurance Carrier-
Appellant/Appellee.


APPEAL FROM THE LABOR & INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2007-110 (2-02-17754, 2-05-14230))

ORDER
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of Employer/Insurance Carrier-
Appellees Quality General, Inc. and Seabright Insurance Company's
(Appellees) motion to dismiss the appeal of Claimant-Appellant
Prescott G. Ganaban (Appellant), the papers in support, and the
records and files herein, it appears that: (1) On July 26, 2010,
the appellate clerk filed the record on appeal and notified
Appellant  that the statement of jurisdiction was due August 6,
2010 and the opening brief was due September 4, 2010;
(2) Appellant did not file the statement of jurisdiction or the
opening brief; (3) on December 15, 2010, Appellees moved to
dismiss this appeal due to Appellant's failure to file the
statement of jurisdiction and the opening brief; and
(4) Appellant did not respond to or oppose the motion to dismiss.

Therefore, IT IS HEREBY ORDERED that the motion to dismiss is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, January 26, 2011.

Chief Judge

Associate Judge

Associate Judge